## AXLE Funding

## Receivable Detail Report

| Dealer Name: | Yosif's Auto Repair. / 017-21-04-044 / Austin | | **LOCKED - DEFAULT** | T1: (512) 229-787215328 FM 1825, PFLUGERVILLE, TX - 78660 |
|---|---|---|---|---|

Last Lot Audit Date: 01/18/2023

| | Vehicle Information | | | | | | Dates | | | | Amounts Due | | | | | | | Title | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Auction Prefix | Deal Nbr | Vehicle 6 VIN | Year - Make - Model - Color | Orig Pri Amount | Curtail /Extns | Curtail Amount | Sale Date | Due Date | PTP / CWOT / | o/s from | Principal | Reserve | Admin Fee | Interest | NSF Check | Dealer Charges | Total | T P | T C | T R |
| NAP | 17620.127 | 047694 | 2017 - Toyota - Tacoma - BLACK | $25,000.00 | C: 1 | $0.00 | 06/06/2022 | 12/05/2022 | S: 12/12/2022 | 395 | $19,427.17 | $0.00 | $0.00 | $494.33 | | | $19,921.50 | Y | Y | N |
| AAAOA | 17620.128 | 298026 | 2016 - CHEVROLET - CRUZE - WHITE | $8,785.00 | C: 1 | $0.00 | 06/09/2022 | 12/05/2022 | S: 01/18/2023 | 392 | $5,918.14 | $0.00 | $0.00 | $159.92 | | | $6,078.06 | Y | Y | N |
| AAACT | 17620.143 | 439886 | 2014 - TOYOTA - SIENNA SE - WHITE | $12,770.00 | C: 1 | $0.00 | 07/14/2022 | 01/09/2023 | S: 12/12/2022 | 357 | $11,493.00 | $0.00 | $205.00 | $575.92 | | | $12,273.92 | Y | Y | N |
| AAACT | 17620.138 | 209486 | 2011 - HYUNDA - SONATA GLS PZEV - BLUE | $3,185.00 | C: 1 | $0.00 | 07/12/2022 | 01/09/2023 | S: 01/26/2023 | 359 | $2,866.50 | $0.00 | $205.00 | $148.63 | | | $3,220.13 | Y | Y | N |
| AAACT | 17620.136 | 446424 | 2019 - KIA - SORENTO LX V6 - WHITE | $8,915.00 | C: 1 | $0.00 | 07/12/2022 | 01/09/2023 | S: 02/07/2023 | 359 | $8,023.50 | $0.00 | $205.00 | $403.79 | | | $8,632.29 | Y | Y | N |
| AAACT | 17620.145 | 306544 | 2015 - CADILL - ESCALADE ESV LUXUR - WHITE | $19,605.00 | C: 1 | $0.00 | 07/19/2022 | 01/15/2023 | S: 02/07/2023 | 352 | $17,644.50 | $0.00 | $205.00 | $861.61 | | | $18,711.11 | Y | Y | N |
| AAACT | 17620.160 | 925576 | 2019 - Toyota - Corolla - RED | $15,920.00 | | $138.98 | 10/20/2022 | 01/18/2023 | RL: 02/24/2023 | 259 | $1,212.98 | $0.00 | $0.00 | $17.68 | | | $1,230.66 | Y | Y | Y |
| AAACT | 17620.162 | 199224 | 2017 - Mercedes-Benz - C-Class - SILVER | $19,700.00 | | $3,242.17 | 10/20/2022 | 01/18/2023 | S: 02/07/2023 | 259 | $19,700.00 | $0.00 | $225.00 | $1,047.17 | | | $20,972.17 | Y | Y | N |
| AAACT | 17620.152 | 167271 | 2019 - TOYOTA - CAMRY SE - WHITE | $17,345.00 | C: 1 | $0.00 | 07/28/2022 | 01/23/2023 | RL: 02/24/2023 | 343 | $497.53 | $0.00 | $0.00 | $7.25 | | | $504.78 | Y | Y | Y |
| AAAOA | 17620.158 | 812619 | 2017 - Nissan - Versa - Gray | $6,225.00 | C: 1 | $0.00 | 09/01/2022 | 02/28/2023 | RL: 02/24/2023 | 308 | $1,080.98 | $0.00 | $100.00 | $23.61 | | | $1,204.59 | Y | Y | Y |
| | **Total of 10 Vehicles NOT Paid By Dealer** | | | **$137,450.00** | | **$3,381.15** | | | | | **$87,864.30** | **$0.00** | **$1,145.00** | **$3,739.91** | | | **$92,749.21** | | | |

| **CREDIT LIMIT: $0** | **RECEIVABLE BALANCE: $92,749.21** |
|---|---|
| **PAYMENTS IN PROCESS: $0.00** | **PENDING DEALS BALANCE: $0.00** |
| **AVERAGE DAYS OS: 338** | **AVAILABLE LIMIT: $0.00** |